IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY SAVAGE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WEXFORD HEALTH SOURCES, INC. | : | NO. 16-2923 |

ORDER

AND NOW, this 21st day of November, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant Wexford Health Sources, Inc. for summary judgment (Doc. # 18) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.